ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: emarinez@rmkb.com

Attorneys for Defendant
RIVERSOURCE LIFE INSURANCE COMPANY

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
4/11/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA GARNEAU, <br><br> Plaintiff, <br><br> v. <br><br> RIVERSOURCE LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C12-02822 EJD <br><br> **VOLUNTARY STIPULATED DISMISSAL PURSUANT TO RULE 41(a)** |

Plaintiff Diana Garneau, by and through its counsel, Peter A. Lindstrom of the Law Office of Peter A. Lindstrom, and Defendant RiverSource Life Insurance Company, by and through its counsel, Enrique Marinez of Ropers, Majeski, Kohn & Bentley, stipulate and agree that the above-entitled action is dismissed with prejudice. The Clerk shall close this file.

Dated: April 8, 2013

LAW OFFICE OF PETER A. LINDSTROM

By: /s/ Peter A. Lindstrom
PETER A. LINDSTROM
Attorney for Diana Garneau

Dated: April 8, 2013

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Enrique Marinez
ENRIQUE MARINEZ
Attorneys for Defendant
RIVERSOURCE LIFE INSURANCE COMPANY

RC1/6881892.1/LD

VOLUNTARY STIPULATED DISMISSAL
PURSUANT TO RULE 41(a)
NO. C12-02822 EJD